[No. 10098–3–II.   Division Two.   July 8, 1988.]

JOSEPH LEPO, ET AL, *Appellants,* v. VERNON E. UHLIG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–2–00378–3, Grant S. Meiner, J., entered June 23, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 20760–1–I.   Division One.   July 11, 1988.]

OLINDA RUTT, *Respondent,* v. HEATH NORTHWEST, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–14098–1, Stephen M. Reilly, J., entered June 24, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Winsor, J.

[No. 19392–9–I.   Division One.   July 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ALLAN PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01033–1, Charles V. Johnson, J., entered October 1, 1986. *Affirmed* by unpublished per curiam opinion.

[Nos. 17627–7–I; 17628–5–I.   Division One.   July 11, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. SCOTT CAMERON WALLACE, *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 85–1–02310–9, Jim Bates, J., entered November 20 and December 3, 1985. *Affirmed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman, A.C.J., and Swanson, J.